# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NIA T. BAILEY  
2934 - 18TH STREET  
ROCKFORD, IL  61109  

SSN-xxx-xx-5929

Case Number: 06-70780

Case filed on: 5/5/2006  
Plan Confirmed on: 7/7/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,374.18         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 834.68 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 834.68 | 0.00 |
| 006 | ATTORNEY THOMAS LUCHETTI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATTORNEY JAMES THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NIA T. BAILEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD HOUSING AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE | 1,533.68 | 1,533.68 | 176.14 | 0.00 |
| 002 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 100.00 | 100.00 | 0.00 | 0.00 |
| 003 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GRANT PARK AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HARLEM ROSCOE AMBULANCE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOAN TRIPP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RICE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT INC | 128.75 | 128.75 | 0.00 | 0.00 |
| 018 | SPRINT WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TERRACE REALTY & MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AFNI/VERIZON | 280.13 | 280.13 | 18.85 | 0.00 |
| 022 | MYQUAWN BAILEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 2,227.50 | 2,227.50 | 255.82 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 133.50 | 133.50 | 15.32 | 0.00 |
|  | Total Unsecured | 4,403.56 | 4,403.56 | 466.13 | 0.00 |
|  | Grand Total: | 6,903.56 | 6,903.56 | 1,300.81 | 0.00 |

Total Paid Claimant:     $1,300.81  
Trustee Allowance:       $73.37  
Percent Paid Unsecured:  10.59  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007         By  /s/Heather M. Fagan